# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:11 CV 246

| | |
|---|---|
| OUTER BANKS BEACH CLUB ASSOCIATION, INC., et al, | ) ) ) |
| Plaintiffs | ) ) |
| V | ) **ORDER** |
| FESTIVA RESORTS ADVENTURE CLUB MEMBER'S ASSOCIATION, INC., et al, | ) ) ) ) |
| Defendants. | ) |

**THIS MATTER** is before the court on Benjamin R. Olinger, Jr.'s Application for Admission to Practice *Pro Hac Vice* of Louis R. Cohan. It appearing that Louis R. Cohan is a member in good standing with the Georgia Bar and will be appearing with Benjamin R. Olinger, Jr., a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Benjamin R. Olinger, Jr.'s Application for Admission to Practice *Pro Hac Vice* (#3) of Louis R. Cohan is **GRANTED**, and that Louis R. Cohan is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Benjamin R. Olinger, Jr.

Signed: September 26, 2011

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge